*Mr. M. S. Gunn,* and *Mr. Sydney Sanner,* for Respondent.

---

No. 1,797.—STATE EX REL. DONOVAN, RELATOR, *v.* DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original—*Certiorari.*

Decided October 6, 1903.

PER CURIAM.—This cause is hereby dismissed in accordance with the stipulation on file.

*Mr. James Donovan, Attorney General,* for Relator.

*Mr. M. S. Gunn,* and *Mr. Sydney Sanner,* for Respondents.